# Stetler, Allen & Kampmann

**Attorneys at Law**
95 St. Paul Street
Burlington, Vermont 05401

Bradley S. Stetler
E. M. Allen
Maryanne E. Kampmann

(802) 660-8646
(802) 863-6803 fax

March 10, 2016

Jeff Jarvis, Clerk
Office of the Magistrate
U.S. District Court

```
U.S. DISTRICT COURT
DISTRICT OF VERMONT
       FILED
      3/10/16
BY _____
   DEPUTY CLERK
```

Re: US v. Mykhaylo Andrushko

Dear Mr. Jarvis,

2:16 mj 32-1

After conferring with my client, we waive the probable cause hearing in the above-entitled matter.

Sincerely yours,

E. M. Allen

cc. AUSA Darrow