NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

UNITED STATES OF AMERICA

      v.                                  Case No: 2:16mj32-1

MYKHAYLO ANDRUSHKO

TAKE NOTICE that the above-entitled case has been scheduled at 11:30 a.m. on Tuesday, May 3, 2016, at Burlington, Vermont before the Honorable John M. Conroy, Magistrate Judge, for an Arraignment.

| | |
|---|---|
| **Location:** Courtroom 440 | JEFFREY S. EATON, Clerk |
| **Date of Notice:** 4/27/2016 | By /s/Jeffrey J. Jarvis |
| | Deputy Clerk |

TO:

William B. Darrow, AUSA

Ernest M. Allen, III, Esq.

Russian Interpreter